## Certified Mail Receipt 1

**U.S. Postal Service CERTIFIED MAIL RECEIPT** — Brany Summons AG
Domestic Mail Only

Tracking: 9589 0710 5270 2305 0503 3E

- Destination: Washington, DC 20530
- Certified Mail Fee: $4.85
- $4.10
- 0052 99
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery:
- Postage: $4.91
- Total Postage and Fees: $13.86
- Postmark: 12/04/2024

**Sent To:** Atty General of the US, US Dept of Justice — Merrick Garland
**Street and Apt. No., or PO Box No.:** 950 Pennsylvania Ave. N.W.
**City, State, ZIP+4:** Washington, D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047

---

## Certified Mail Receipt 2

**U.S. Postal Service CERTIFIED MAIL RECEIPT** — Brany Summons IRS
Domestic Mail Only

Tracking: 9589 0710 5270 2305 0503 20

- Destination: Washington, DC 20224
- Certified Mail Fee: $4.85
- $4.10
- 0052 99
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery:
- Postage: $4.91
- Total Postage and Fees: $13.86
- Postmark: 12/04/2024

**Sent To:** IRS
**Street and Apt. No., or PO Box No.:** 1111 Constitution Ave. N.W.
**City, State, ZIP+4:** Washington D.C. 20224

PS Form 3800, January 2023 PSN 7530-02-000-9047

---

## Certified Mail Receipt 3

**U.S. Postal Service CERTIFIED MAIL RECEIPT** — Brany Summons Clerk
Domestic Mail Only

Tracking: 9589 0710 5270 2305 0503 43

- Destination: San Francisco, CA 94102
- Certified Mail Fee: $4.85
- $4.10
- 0052 99
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery:
- Postage: $4.91
- Total Postage and Fees: $13.86
- Postmark: 12/04/2024

**Sent To:** Civil Process Clerk, US Attorney's Office, N. Dist. of CA
**Street and Apt. No., or PO Box No.:** 450 Golden Gate Ave.
**City, State, ZIP+4:** San Francisco, CA 94102

PS Form 3800, January 2023 PSN 7530-02-000-9047