DAVID A. HUBBERT
Deputy Assistant Attorney General

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:   (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINMING ZHANG,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE;<br>UNITED STATES OF AMERICA,<br><br>　　　Defendants. | Case No. 3:24-cv-08210-AMO<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT UNITED STATES OF AMERICA'S TIME TO RESPOND TO COMPLAINT** |

　　　Defendant United States of America and Plaintiff Jinming Zhang hereby stipulate pursuant to Civil L.R. 6-1(a) to extend the time for the United States to respond to Plaintiff's complaint by thirty-five (35) days. Pursuant to this stipulation, the United States' answer or other responsive pleading is due on **March 11, 2025**.

　　　This is the parties' first stipulation for an enlargement of the United States' time to respond to the Plaintiff's complaint. This stipulation is not made for the purpose of delay, but rather to allow the United States sufficient time to obtain the views of the IRS regarding this action. This change will not alter the date of any event or any other deadline already fixed by Court order.

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: 1/16/2025

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:    (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

Dated: 1/16/2025

*/s/ Anthony V. Diosdi*
Anthony V. Diosdi (CA SBN 339070)
Diosdi & Liu, LLP
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Phone: (415) 318-3990
Fax:    (415) 335-7922
adiosdi@sftaxcounsel.com

*Attorney for Plaintiff*

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I hereby certify that before filing this document, I obtained permission from all signatories to this document to affix their signature and file this document.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice

Certificate of Service
Case No. 3:24-cv-08210-AMO                   i