BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINMING ZHANG,<br><br>       Plaintiff,<br><br>       v.<br><br>INTERNAL REVENUE SERVICE;<br>UNITED STATES OF AMERICA,<br><br>       Defendants. | Case No. 3:24-cv-08210-AMO<br><br>**JOINT STATUS REPORT PROPOSING SCHEDULING FOR REMAINDER OF THE CASE** |

      Plaintiff Jinming Zhang and Defendant United States of America hereby and respectfully propose the Court adopt the following schedule for the remainder of this case. To provide some quick background, on October 1, 2025, the United States of America moved for a stay of the above-captioned case due to the lapse of appropriations funding the Department of Justice. (ECF No. 31). The Court granted that request the next day. (ECF No. 32).

      While the stay was pending, Plaintiff served requests for production on the United States. The following proposed schedule will ensure that the parties have sufficient time to prepare and review responses to those discovery requests. Additionally, it will give the parties sufficient time for Plaintiff to schedule and conduct depositions of two IRS employees and will give the United States sufficient time to obtain testimonial authorizations from the IRS allowing these employees to testify at depositions. Finally, a subpoena served on Intuit, Inc. remains outstanding, and this

proposed schedule will give Intuit sufficient time to respond to that subpoena without imposing undue burden or costs. With these considerations in mind, the parties hereby request that the Court adopt the following schedule for the remainder of the case:

**Hearing on United States' Partial Motion to Dismiss (ECF No. 13) on April 2, 2026 at 2:00 pm in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez-Olguin.**

**Close of Expert Discovery due by June 5, 2026**

**Close of Fact Discovery due by April 24, 2026**

**Dispositive Motion due by June 25, 2026**

**Responses due by July 9, 2026**

**Replies due by July 16, 2026**

**Bench Trial set for November 10, 2026 at 08:30 AM before Judge Araceli Martinez-Olguin. Pretrial Conference set for October 6, 2026 at 11:00 AM in San Francisco, Courtroom 10, 19th Floor before Judge Araceli Martinez-Olguin.**

The Court ORDERS the stay lifted.

December 11, 2025



IT IS SO ORDERED AS MODIFIED
Judge Araceli Martinez-Olguin

Joint Status Report
Case No. 3:24-cv-08210-AMO         2

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BRETT A. SHUMATE<br>Assistant Attorney General |
|   | JOSHUA WU<br>Deputy Assistant Attorney General, Tax Litigation Branch |
| Dated: December 8, 2025 | */s/ Connor J. Pestovich*<br>CONNOR J. PESTOVICH (NM Bar 159189)<br>Trial Attorney<br>Tax Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>Phone: (202) 616-2378<br>Fax:    (202) 307-0054<br>Connor.Pestovich@usdoj.gov<br><br>*Counsel for the United States of America* |
| Dated: December 8, 2025 | */s/ Kerrin Liu*<br>Anthony V. Diosdi (CA SBN 339070)<br>Kerrin Liu (CA SBN 311110)<br>Diosdi & Liu, LLP<br>505 Montgomery St., 11th Floor<br>San Francisco, CA 94111<br>Phone: (415) 318-3990<br>Fax:    (415) 335-7922<br>adiosdi@sftaxcounsel.com<br>kliu@sftaxcounsel.com<br><br>*Attorneys for Plaintiff* |

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I hereby certify that before filing this document, I obtained permission from all signatories to this document to affix their signature and file this document.

                                                  */s/ Connor J. Pestovich*
                                                  CONNOR J. PESTOVICH
                                                  Trial Attorney, Tax Litigation Branch
                                                  U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice
